DANIEL G. BOGDEN
United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

___ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

NOV 3 0 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:11-cr-__417__ |
| VS. | VIOLATION: |
| JAMES HUEY GRANT, | 18 U.S.C. §2422(b) - Coercion and Enticement. |
| DEFENDANT. | |

**THE GRAND JURY CHARGES THAT**:

Between on or about November 2, 2011, and on or about November 10, 2011, in the State and Federal District of Nevada and elsewhere,

**JAMES HUEY GRANT**,

defendant herein, did use a facility of interstate commerce to knowingly persuade, induce, and entice, and to attempt to knowingly persuade, induce, and entice an individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense under federal, state and local law, in violation of Title 18, United States Code, Section 2422(b).

**DATED**: this 30th day of November, 2011.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

NANCY J. KOPPE
Assistant United States Attorney