DANIEL G. BOGDEN
United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 South Las Vegas Blvd., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> PLAINTIFF ) <br> ) <br> VS. ) <br> ) <br> JAMES HUEY GRANT, ) <br> ) <br> DEFENDANT ) | S U P E R S E D I N G  C R I M I N A L INFORMATION <br><br> 2:11-cr-00417-PMP-CWH <br><br> **VIOLATION**: <br> 18 U.S.C. §2252A(a)(2) - Receipt of Child Pornography |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

From an unknown time to on or about November 10, 2011, in the State and Federal District of Nevada,

**JAMES HUEY GRANT,**

defendant herein, did knowingly receive any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; or that had been shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

**DATED**: this 3rd day of July, 2012.

DANIEL G. BOGDEN
United States Attorney

NANCY J. KOPPE
Assistant United States Attorney